## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE:  Roberto GUTIERREZ-Garcia

I, Doo H. Song, declare and state as follows:

On or about October 03, 2020 the defendant Roberto GUTIERREZ-Garcia was apprehended in Hebbronville, Texas. After a brief interview it was determined that, Roberto GUTIERREZ-Garcia was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Roberto GUTIERREZ-Garcia was previously REMOVED from the United States on 06/26/2020 at Hidalgo, Texas. There is no record that Roberto GUTIERREZ-Garcia has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of October, 2020 at Laredo, Texas.

Doo H. Song
Border Patrol Agent
United States Border Patrol